UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

AGUEDA BELEN,

                    Plaintiff,
                                                            **Affirmation of Service**

        -against-
                                                            Index No: 07-CV-5812


THE CITY OF NEW YORK,
CORRECTIONS OFFICER G. BROWN
and CORRECTIONS OFFICER FNU ROBERTS,

                    Defendants,
_____X

        Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered one true copy of the Summons and Complaint upon the defendant The City of New York, via its agent:

        Madelyn Santana, Docketing Clerk #9
        Corporation Counsel for the City of New York
        100 Church Street, 4th Floor
        New York, New York 10007

        I delivered the above documents on June 21, 2007 at 11:40 a.m.

Dated:  **Brooklyn, NY**
        **June 21, 2007**

                                            _____
                                            David Zelman, Esq