UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
AGUEDA BELEN,

                          Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                         Defendants.
------------------------------------------------------------ x

**ORDER EXTENDING TIME TO RESPOND**

07 Civ. 5812 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendants' motion for an extension of time to answer or move with respect to the above-captioned complaint is granted. Defendants shall answer or move by September 10, 2007. This extension is granted on the following conditions:

      1.    Corporation Counsel, on or before September 10, 2007, shall file a report as to which defendants have been served, and which have not yet been served.

      2.    As to defendants who have not been served, Corporation Counsel shall provide their last known addresses or, alternatively, a willingness to accept service on behalf of any such unserved defendant whose last known address is not provided.

      3.    As to individual defendants who have been served, Corporation Counsel shall report whether it will represent the individual defendant named in this action.

      SO ORDERED.

Dated:    July 16th, 2007
             New York, New York

                                                                Richard A. Berman
                                                                 Part I Judge

1