

|  | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SARAH B. EVANS<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-1041<br>Fax: (212) 788-9776 |

September 11, 2007

**VIA HAND DELIVERY AND ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: <u>Agueda Belen v. City of New York, et al.</u>, 07 CV 5812 (AKH)

Your Honor:

   I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of defendants City of New York and Captain Brown.

   I write further to the Court's July 16, 2007 Order which instructs defendants, *inter alia*, to answer on September 10, 2007, and that if there are individual defendants who have not been served in this action, to provide their last known addresses, or alternatively, agree to accept service on behalf of any such unserved defendant. I write to advise the Court that an answer was filed on behalf of defendants City of New York and Captain Brown on September 11, 2007.[1] In the complaint, plaintiff also names "Correction Officer Fnu Roberts" as a defendant. However, the Legal Division of the New York City Department of Correction has advised me that there is no individual by the name "Fnu Roberts" currently or formerly employed at the New York City Department of Correction. Accordingly, defendants are unable to provide plaintiff with an address for this individual.

---

[1] I apologize to the Court and plaintiff for filing the answer one day late. After I filed the answer, I reviewed the docket sheet which is when I became aware of the Court's Order.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Sarah B. Evans
Assistant Corporation Counsel
Special Federal Litigation Division

cc: David Zelman, Esq. (By fax and ECF)
     Attorney for Plaintiff
     612 Eastern Parkway
     Brooklyn, New York 11225
     *Fax*: 718-604-3074