

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SARAH B. EVANS<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-1041<br>Fax: (212) 788-9776 |

February 19, 2008

**VIA ECF AND HAND DELIVERY**
Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: <u>Agueda Belen v. City of New York, et al.</u>, 07 CV 5812 (AKH)

Your Honor:

        Enclosed please find a STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE which has been executed by the parties in the above-referenced matter. We respectfully request that Your Honor endorse the enclosed STIPULATION.

        Additionally, in light of the settlement agreement, the parties respectfully request that the Court adjourn the March 14, 2008 conference.

        Thank you for your consideration in this matter.

        Respectfully submitted,

        Sarah B. Evans
        Assistant Corporation Counsel
        Special Federal Litigation Division

Enc.
cc:    David Zelman, Esq. (By fax and ECF)
       Attorney for Plaintiff
       612 Eastern Parkway
       Brooklyn, New York 11225
       *Fax*: 718-604-3074

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
AGUEDA BELEN,

                                       Plaintiff,

                  -against-                              **STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

THE CITY OF NEW YORK, CORRECTIONS
OFFICER G. BROWN and CORRECTIONS
OFFICER FNU ROBERTS,

                                 Defendants.           07 CV 5812 (AKH)
------------------------------------------------------------------x

       **WHEREAS,** plaintiff commenced this action by filing a complaint on or about June 20, 2007, alleging violations of her constitutional rights; and

       **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS,** defendant City of New York served plaintiff with a Rule 68 Offer of Judgment on January 10, 2008;

       **WHEREAS,** plaintiff accepted defendants' Rule 68 Offer of Judgment on or about January 16, 2008;

       **WHEREAS,** plaintiff has authorized counsel to settle this matter on the terms set forth below;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

       1.    All claims in the above-referenced action asserted by plaintiff Agueda Belen are hereby dismissed, with prejudice, and without costs, expenses, or fees except as specified in paragraphs "2," "3," and "5" below.

2. Defendant City of New York hereby agrees to pay plaintiff Agueda Belen the sum of Seven Thousand Five Hundred and One Dollars ($7,501.00), plus reasonable attorney's fees, expenses, and costs, up to the date of the Rule 68 Offer, in full satisfaction of all claims by plaintiff against defendants. In consideration for the payment of this sum, plaintiff agrees to dismissal of all of the claims brought by her against the individually named defendants and to release all defendants, any present or former employees or agents of the City of New York, and the City of New York, from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiff has assigned her rights to attorney's fees, expenses, and costs to her attorney, David Zelman, Esq.

4. Plaintiff Belen shall execute and deliver to the defendants' attorney all documents necessary to effect this settlement including, without limitation, a General Release based on the terms of paragraphs "2" and "3" above and either an Affidavit of No Liens or an Affidavit Concerning Liens, whichever applies.

5. The City of New York hereby agrees to pay counsel for plaintiff, Agueda Belen, Esq., the sum of Six Thousand Five Hundred Dollars ($6,500.00), as reasonable attorney's fees, expenses, and costs to the date of the Offer of Judgment referenced in paragraph "2" above. Counsel for plaintiff hereby agrees and represents that no further claim for attorney's fees, costs, or expenses arising out of this action shall be made by or on behalf of plaintiff Agueda Belen up to and including the date of the Offer of Judgment referenced in paragraph "2" above in any application for attorney's fees, costs, or expenses at any time in the future.

6. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any

other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

7. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

8. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
         2/  /   , 2008

| | |
|---|---|
| David Zelman, Esq.<br>Attorney for Plaintiff<br>612 Eastern Parkway<br>Brooklyn, New York 11225<br><br>By: _____<br>David Zelman, Esq. | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>Attorney for Defendants<br>100 Church Street, Room 3-151<br>New York, New York 10007<br>(212) 788-1041<br><br>By: _____<br>Sarah B. Evans<br>Assistant Corporation Counsel<br>2/19/2008 |

SO ORDERED:

_____
U.S.D.J.

3