

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SARAH B. EVANS**
*Assistant Corporation Counsel*
Tel.: (212) 788-1041
Fax: (212) 788-9776

February 19, 2008

**VIA ECF AND HAND DELIVERY**
Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>Agueda Belen v. City of New York, et al.</u>, 07 CV 5812 (AKH)

Your Honor:

    Enclosed please find a STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE which has been executed by the parties in the above-referenced matter. We respectfully request that Your Honor endorse the enclosed STIPULATION.

    Additionally, in light of the settlement agreement, the parties respectfully request that the Court adjourn the March 14, 2008 conference.

    Thank you for your consideration in this matter.

Respectfully submitted,

Sarah B. Evans
Assistant Corporation Counsel
Special Federal Litigation Division

Enc.
cc:    David Zelman, Esq. (By fax and ECF)
    Attorney for Plaintiff
    612 Eastern Parkway
    Brooklyn, New York 11225
    *Fax*: 718-604-3074

*The conf. is cancelled.*
*2-20-08*
[signed] Alvin Hellerstein